Form 134

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

13

In re:

Bankruptcy Case No.: 18−23922−CMB
Chapter: 13

**Vincent E. Barbarino**
Debtor(s)

Michela I. Barbarino

## ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS

The Debtor(s) has filed an ***Application for Individuals to Pay the Filing Fee in Installments***. The filing fee in Chapter 7 cases is $335.00, in Chapter 11 cases is $1,717.00, in Chapter 12 cases is $275.00, and in Chapter 13 cases is $310.00.

***AND NOW***, this ***The 9th of October, 2018***, it is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The Debtor(s) shall pay the filing fee in installments on the terms set forth in Debtor's *Application* to the extent that the terms stated therein comply with *Fed.R.Bankr.P. 1006*. **On or before** 2/4/19, the filing fee balance, $310.00 shall be paid in full. The filing fee shall be paid at the U.S. Bankruptcy Court located at:

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Debtors are not permitted to submit personal checks.

(2) If final payment in full is not made as and when specified above, this case will be ***DISMISSED*** without further notice or hearing unless ***on or before*** 2/4/19 the Debtor(s) requests by Motion to be excused from doing so.

(3) Until the filing fee is paid in full, the Debtor(s) shall not pay, and no person shall accept, any money for services in connection with this case, and the Debtor(s) shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

Dated: October 9, 2018

cm: Debtor

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Vincent E. Barbarino                                                    Case No. 18-23922-CMB
Michela I. Barbarino                                                    Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam          Page 1 of 1          Date Rcvd: Oct 09, 2018
                             Form ID: 134         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db/jdb          +Vincent E. Barbarino,    Michela I. Barbarino,    181 Baker Drive,    McKnight, PA 15237-3661

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Vincent E. Barbarino bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
              ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Michela I. Barbarino bthompson@ThompsonAttorney.com,
              blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
              ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                TOTAL: 4