Form 154A

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10

In re:     Bankruptcy Case No.: 18−23922−CMB

Chapter: 13

**Vincent E. Barbarino**
   Debtor(s)

Michela I. Barbarino

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **December 14, 2018**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
   U.S. Bankruptcy Court
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

Dated: 10/8/18

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                             Case No. 18-23922-CMB
Vincent E. Barbarino                                               Chapter 13
Michela I. Barbarino
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: admin                 Page 1 of 1                  Date Rcvd: Oct 08, 2018
                               Form ID: 154A               Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db/jdb         +Vincent E. Barbarino,    Michela I. Barbarino,    181 Baker Drive,    McKnight, PA 15237-3661
14926312       +AES/PHEAA,    PO Box 61047,    Harrisburg, PA 17106-1047
14926313       +Allegheny Image,    9335 McKnight Road,    Pittsburgh, PA 15237-5903
14926314       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
14926315       +Bank of America, N.A,,    PO Box 15220,    Wilmington, DE 19886-5220
14926318       ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court:  Collection Service Center,    250 Mt. Lebanon Blvd.,    Suite 420,
                  Pittsburgh, PA 15122)
14926316       +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
14926317       +Chase/Disney Rewards,    PO Box 15298,    Wilmington, DE 19850-5298
14926319       +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
14926321       +RBS Citizens, N.A.,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14926322       +Roundpoint Mortgage Svcg Corporation,    PO Box 674150,    Dallas, TX 75267-4150
14926324        The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14926320       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 08 2018 22:22:23
                 Kohl's Department Stores, Inc.,    PO Box 3115,    Milwaukee, WI 53201-3115
14926323       +E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2018 22:30:01     SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Debtor Vincent E. Barbarino bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Joint Debtor Michela I. Barbarino bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```