## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Vincent E. Barbarino, and Michela I. Barbarino, | : : : : | Bankruptcy Case No.: 18-23922-CMB Chapter 13 |
| Debtors. | : : | |
| Vincent E. Barbarino, | : : | Document No.: |
| Movant, | : : | Related to Document No.: 27, 28 |
| v. | : : | |
| No Respondents, | : : | **Hearing Date and Time:** November 28, 2018 at 1:30 p.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO TERMINATE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion and Proposed Order filed on October 17, 2018 at Document No. 27 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 28, Objections were to be filed and served no later than November 5, 2018.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 27 be entered by the Court.

Date: November 6, 2018                    /s/ Brian C. Thompson
                                                                                 Brian C. Thompson, Esquire
                                                                                 Attorney for Debtor(s)
                                                                                 PA ID No. 91197
                                                                                 THOMPSON LAW GROUP, P.C.
                                                                                 125 Warrendale Bayne Road, Suite 200
                                                                                 Warrendale, PA 15086
                                                                                 (724) 799-8404 Telephone
                                                                                 (724) 799-8409 Facsimile
                                                                                 bthompson@thompsonattorney.com