## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Vincent E. Barbarino, and | : | Bankruptcy Case No.: 18-23922-CMB |
| Michela I. Barbarino, | : | |
| | : | Chapter 13 |
| Debtors. | : | |
| | : | |
| Vincent E. Barbarino, and | : | Document No.: 60 |
| Michela I. Barbarino, | : | |
| | : | Related to Document No.: |
| Movants, | : | |
| | : | Related to Claim No.: 5 |
| v. | : | |
| | : | |
| RoundPoint Mortgage | : | |
| Servicing Corporation | : | |
| | : | |
| Respondent. | : | |

### **DEBTOR'S DECLARATION IN RESPONSE TO MORTGAGE PAYMENT CHANGE**

Pursuant with the Notice of Mortgage Payment Change filed on October 18, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the Plan even with the proposed change for December 1, 2021.

The new post-petition monthly payment payable to Respondent is $1,386.62, effective December 1, 2021, per the notice dated October 18, 2021. The Debtor's Plan payment provides for a monthly payment to RoundPoint Mortgage Servicing Corporation of $1,494.31. Therefore, Debtor's Plan remains sufficient.

Respectfully Submitted,

Date:  November 4, 2021

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com