# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Vincent E. Barbarino, and Michela I. Barbarino, | : | Bankruptcy Case No.: 18-23922-CMB |
| | : | Chapter 13 |
| Debtors. | : | |
| Vincent E. Barbarino, and Michela I. Barbarino, | : | Document No.: 61 |
| | : | Related to Document No.: 60 |
| Movants, | : | |
| | : | Related to Claim No.: 5 |
| v. | : | |
| RoundPoint Mortgage Servicing Corporation | : | |
| Respondent. | : | |

## **CERTIFICATE OF SERVICE**

I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the forgoing Debtor's Declaration of Sufficient Plan Funding, on November 4, 2021 on the interested parties listed below:

RoundPoint Mortgage Servicing Corporation
5016 Parkway Plaza Blvd, Buildings 6&8
Charlotte, NC 28217

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: <u>November 4, 2021</u>

By: <u>/s/ Kristen Finke</u>
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com