## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Vincent E. Barbarino, and Michela I. Barbarino, | : : : : : : | Bankruptcy Case No.: 18-23922-CMB<br><br>Chapter 13 |
| Debtors. | : : | |
| Vincent E. Barbarino, and Michela I. Barbarino, | : : : | Document No.: 68<br><br>Related to Document No.: |
| Movants, | : : | Related to Claim No.: 5 |
| v. | : : | |
| Freedom Mortgage Corporation, | : : : | |
| Respondent. | : | |

### DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on July 29, 2022, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the Plan even with the proposed change for September 1, 2022.

The new post-petition monthly payment payable to Respondent is $1,380.79, effective September 1, 2022, per the notice dated July 29, 2022. The Debtor's Plan payment provides for a monthly payment to Freedom Mortgage Corporation of $1,494.31. Therefore, Debtors' Plan remains sufficient.

Respectfully Submitted,

Date: August 12, 2022

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com