**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-23922-CMB |
| | ) | |
| Vincent E. Barbarino, | ) | Chapter 13 |
| Michela I. Barbarino, | ) | |
| | ) | |
| Debtors. | ) | Document No. 73 |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 70, 71 |
| | ) | |
| Applicant, | ) | |
| | ) | |
| vs. | ) | **Hearing date and time:** |
| | ) | June 27, 2023, at 1:30 p.m. |
| No Respondent. | ) | |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other

responsive pleading to the Application filed on May 10, 2023, at Document No. 70 have been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer,

objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice Setting

Hearing and Response Deadline at Document No. 71, Objections were to be filed and served no later

than May 27, 2023.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to

Application recorded at Document No. 70 be entered by the Court.


Date: May 30, 2023                            /s/ Brian C. Thompson
                                              Brian C. Thompson, Esquire
                                              Attorney for Debtor(s)
                                              PA ID No. 91197
                                              THOMPSON LAW GROUP, P.C.
                                              125 Warrendale Bayne Road, Suite 200
                                              Warrendale, PA 15086
                                              (724) 799-8404 Telephone
                                              (724) 799-8409 Facsimile
                                              bthompson@thompsonattorney.com