## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 18-23922-CMB |
|     Vincent E. Barbarino and, | ) | |
|     Michela I. Barbarino, | ) | Chapter 13 |
| | ) | |
|     Debtors. | ) | |
| ------------------------------------------- | ) | Document No. |
|     Vincent E. Barbarino and, | ) | |
|     Michela I. Barbarino, | ) | Related to Document No. |
| | ) | |
|     Movants, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| No Respondent. | ) | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 24, 2023, at docket numbers 79 and 80, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Debtors*: Vincent E. Barbarino and Michela I. Barbarino.* Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated:                        /s/ ID GV954mWrbPT2AFZg4APNkCbj
                              Vincent E. Barbarino, Debtor

Dated:                        /s/ ID VSyE4RLnufNYKtaqcAPpshzS
                              Michela I. Barbarino, Debtor

                              Respectfully submitted,

Dated:                        /s/Brian C. Thompson
                              Brian C. Thompson, Esquire
                              PA ID: 91197

Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:**      **VSyE4RLnufNYKtaqcAPpshzS**
Signed by:          Michela I. Barbarino
Sent to email:      mconmey@yahoo.com
IP Address:         71.245.182.119
Signed at:          Nov 8 2023, 12:47 pm EST

**Signer ID:**      **GV954mWrbPT2AFZg4APNkCbj**
Signed by:          Vincent E. Barbarino
Sent to email:      vbarbarino@appleamerican.com
IP Address:         96.66.165.61
Signed at:          Nov 13 2023, 9:42 am EST