## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Vincent E. Barbarino, and Michela I. Barbarino, | : : : | Bankruptcy Case No.: 18-23922-CMB |
| | | : | Chapter 13 |
| | Debtors. | : : | |
| | Vincent E. Barbarino, and Michela I. Barbarino, | : : : | Document No.: 85 |
| | | : | Related to Document No.: |
| | Movants, | : : | Related to Claim No.: 5 |
| | v. | : : | |
| | Freedom Mortgage Corporation, | : : : | |
| | Respondent. | : | |

### **DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on November 10, 2023, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing plan has been completed. Furthermore, Debtors have resumed direct payment of long-term continuing debt.

Respectfully Submitted,

Date: November 22, 2023

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com