**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>VINCENT E. BARBARINO<br>MICHELA I. BARBARINO<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:18-23922<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 27, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/05/2018 and confirmed on 11/8/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 152,064.00 |
| Less Refunds to Debtor | 1,465.02 | |
| TOTAL AMOUNT OF PLAN FUND | | 150,598.98 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,025.60 | |
|   Trustee Fee | 7,128.76 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,154.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 90,069.69 | 0.00 | 90,069.69 |
|     Acct: 8594 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 99.68 | 99.68 | 0.00 | 99.68 |
|     Acct: 8594 | | | | |
|   BANK OF AMERICA NA** | 16,968.16 | 16,968.16 | 1,709.47 | 18,677.63 |
|     Acct: 8418 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 15,886.91 | 15,886.91 | 1,594.59 | 17,481.50 |
|     Acct: 9577 | | | | |
| | | | | 126,328.50 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VINCENT E. BARBARINO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   VINCENT E. BARBARINO | 1,465.02 | 1,465.02 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC(*) | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC(*) | 2,525.60 | 2,525.60 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX0/23 | | | | |
|   THOMPSON LAW GROUP PC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-CMB | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   ECMC(*) | 2,104.17 | 792.15 | 0.00 | 792.15 |
|     Acct: 9973 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9733 | | | | |
|   CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5860 | | | | |
|   CHASE BANK USA NA(*) | 10,999.73 | 4,141.00 | 0.00 | 4,141.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: 8385 | | | | |
|     COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1793 | | | | |
|     CAPITAL ONE NA** | 1,096.02 | 412.61 | 0.00 | 412.61 |
|     Acct: 9292 | | | | |
|     CITIZENS BANK NA | 7,151.36 | 2,692.23 | 0.00 | 2,692.23 |
|     Acct: 2224 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 2,368.71 | 891.74 | 0.00 | 891.74 |
|     Acct: 1641 | | | | |
|     PORTFOLIO RECOVERY ASSOCIATES, LL | 4,880.52 | 1,837.34 | 0.00 | 1,837.34 |
|     Acct: 6168 | | | | |
|     DUQUESNE LIGHT COMPANY(*) | 103.72 | 39.05 | 0.00 | 39.05 |
|     Acct: 8479 | | | | |
|     LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5550 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1641 | | | | |
|     KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ALLEGHENY IMAGE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 10,806.12 |

TOTAL PAID TO CREDITORS                                                                137,444.62

TOTAL CLAIMED
PRIORITY         310.00
SECURED       32,954.75
UNSECURED    28,704.23

Date: 11/27/2023                                  /s/ Ronda J. Winnecour

                                           RONDA J WINNECOUR PA ID #30399
                                           CHAPTER 13 TRUSTEE WD PA
                                           600 GRANT STREET
                                           SUITE 3250 US STEEL TWR
                                           PITTSBURGH, PA  15219
                                           (412) 471-5566
                                           cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   VINCENT E. BARBARINO
   MICHELA I. BARBARINO
        Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:18-23922

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-23922-CMB

Vincent E. Barbarino     Chapter 13

Michela I. Barbarino

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Nov 27, 2023     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent E. Barbarino, Michela I. Barbarino, 181 Baker Drive, McKnight, PA 15237-3661 |
| 14926313 | + | Allegheny Image, 9335 McKnight Road, Pittsburgh, PA 15237-5903 |
| 14926318 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt. Lebanon Blvd., Suite 420, Pittsburgh, PA 15122 |
| 14926322 | + | Roundpoint Mortgage Svcg Corporation, PO Box 674150, Dallas, TX 75267-4150 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 28 2023 00:27:00 | Freedom Mortgage Corporate, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 28 2023 00:27:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14926312 | + | Email/Text: bncnotifications@pheaa.org | Nov 28 2023 00:27:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14926314 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 28 2023 00:26:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14926315 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 28 2023 00:26:00 | Bank of America, N.A,, PO Box 15220, Wilmington, DE 19886-5220 |
| 14945368 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 28 2023 00:26:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14930317 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 28 2023 00:26:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14926321 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 28 2023 00:26:00 | RBS Citizens, N.A., 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 14961087 | | Email/PDF: bncnotices@becket-lee.com | Nov 28 2023 00:31:27 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14961511 | + | Email/Text: RASEBN@raslg.com | Nov 28 2023 00:27:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14961507 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 28 2023 00:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15120703 | | Email/Text: ECMCBKNotices@ecmc.org | Nov 28 2023 00:27:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

| Recip ID | Flag | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14926319 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Nov 28 2023 00:27:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15497452 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 28 2023 00:27:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14926316 |  | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2023 00:31:26 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14926317 |  | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 28 2023 00:55:01 | Chase/Disney Rewards, PO Box 15298, Wilmington, DE 19850 |
| 14926320 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 28 2023 00:26:00 | Kohl's Department Stores, Inc., PO Box 3115, Milwaukee, WI 53201-3115 |
| 14962508 |  | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2023 00:31:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15318945 |  | Email/Text: peritus@ebn.phinsolutions.com | Nov 28 2023 00:28:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14944232 | + | Email/Text: bncnotifications@pheaa.org | Nov 28 2023 00:27:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14964815 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 28 2023 00:31:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14927365 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 28 2023 00:31:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14945812 | ^ | MEBN | Nov 28 2023 00:13:18 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 14926323 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 28 2023 00:42:10 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14926324 |  | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 28 2023 00:31:35 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Freedom Mortgage Corporation |
| cr |  | RoundPoint Mortgage Servicing Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Nov 27, 2023 | Form ID: pdf900 | Total Noticed: 29

Date: Nov 29, 2023　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:**

**Name**　　　　　　　　**Email Address**

Brian Nicholas
　　on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

Brian Nicholas
　　on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Brian C. Thompson
　　on behalf of Debtor Vincent E. Barbarino bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
　　on behalf of Joint Debtor Michela I. Barbarino bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Keri P. Ebeck
　　on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maria Miksich
　　on behalf of Creditor RoundPoint Mortgage Servicing Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
　　on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

Ryan Starks
　　on behalf of Creditor Freedom Mortgage Corporation Ryan.Starks@brockandscott.com wbecf@brockandscott.com

Ryan Starks
　　on behalf of Creditor Freedom Mortgage Corporate Ryan.Starks@brockandscott.com wbecf@brockandscott.com

S. James Wallace
　　on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 12