IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
VINCENT E. BARBARINO
MICHELA I. BARBARINO
   Debtor(s)

Ronda J. Winnecour
   Movant
  vs.
No Repondents.

Case No.:18-23922

Chapter 13

Document No.: 87

**ENTERED BY DEFAULT**

ORDER OF COURT

 AND NOW, this \_\_\_12th\_\_\_ day of \_\_\_January\_\_\_, 20\_24\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

 (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

 (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

 (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

 (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

 (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

 (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
1/12/24 9:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Vincent E. Barbarino  
Michela I. Barbarino  
    Debtors

Case No. 18-23922-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jan 12, 2024      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent E. Barbarino, Michela I. Barbarino, 181 Baker Drive, McKnight, PA 15237-3661 |
| 14926313 | + | Allegheny Image, 9335 McKnight Road, Pittsburgh, PA 15237-5903 |
| 14926318 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, 250 Mt. Lebanon Blvd., Suite 420, Pittsburgh, PA 15122 |
| 14926322 | + | Roundpoint Mortgage Svcg Corporation, PO Box 674150, Dallas, TX 75267-4150 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 12 2024 23:59:00 | Freedom Mortgage Corporate, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 12 2024 23:59:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14926312 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2024 23:59:00 | AES/PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14926314 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 12 2024 23:59:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14926315 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 12 2024 23:59:00 | Bank of America, N.A,, PO Box 15220, Wilmington, DE 19886-5220 |
| 14945368 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 12 2024 23:59:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14930317 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 12 2024 23:59:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14926321 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 12 2024 23:59:00 | RBS Citizens, N.A., 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 14961087 | | Email/PDF: bncnotices@becket-lee.com | Jan 13 2024 00:10:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14961511 | + | Email/Text: RASEBN@raslg.com | Jan 12 2024 23:59:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14961507 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 13 2024 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15120703 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 13 2024 00:00:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14926319 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 12 2024 23:59:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15497452 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 12 2024 23:59:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14926316 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2024 00:10:17 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 14926317 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 13 2024 00:10:27 | Chase/Disney Rewards, PO Box 15298, Wilmington, DE 19850 |
| 14926320 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 12 2024 23:59:00 | Kohl's Department Stores, Inc., PO Box 3115, Milwaukee, WI 53201-3115 |
| 14962508 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2024 23:57:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15318945 | | Email/Text: peritus@ebn.phinsolutions.com | Jan 13 2024 00:01:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14944232 | + | Email/Text: bncnotifications@pheaa.org | Jan 12 2024 23:59:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14964815 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2024 00:10:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14927365 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 13 2024 00:11:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14945812 | ^ | MEBN | Jan 12 2024 23:50:08 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 14926323 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2024 23:58:36 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14926324 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2024 23:57:38 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| cr | | RoundPoint Mortgage Servicing Corporation |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 12, 2024 | Form ID: pdf900 | Total Noticed: 29 |

Date: Jan 14, 2024            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:**

**Name**           **Email Address**

Brian Nicholas
> on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

Brian Nicholas
> on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Brian C. Thompson
> on behalf of Debtor Vincent E. Barbarino bthompson@ThompsonAttorney.com
> blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
> on behalf of Joint Debtor Michela I. Barbarino bthompson@ThompsonAttorney.com
> blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Keri P. Ebeck
> on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
> btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Maria Miksich
> on behalf of Creditor RoundPoint Mortgage Servicing Corporation mmiksich@kmllawgroup.com

Mario J. Hanyon
> on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
> cmecf@chapter13trusteewdpa.com

Ryan Starks
> on behalf of Creditor Freedom Mortgage Corporation Ryan.Starks@brockandscott.com wbecf@brockandscott.com

Ryan Starks
> on behalf of Creditor Freedom Mortgage Corporate Ryan.Starks@brockandscott.com wbecf@brockandscott.com

S. James Wallace
> on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 12